# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOSEPH MONTGOMERY (K-59651), <br><br>Petitioner, <br><br>v. <br><br>KIM BUTLER, Warden, <br><br>Respondent. | Case No. 15 C 1923 <br> USCA Case No. 15-1854 |

## MEMORANDUM ORDER

Joseph Montgomery ("Montgomery" has now moved to proceed in forma pauperis on his appeal from this Court's dismissal of his Petition for a Writ of Habeas Corpus. This Court has reviewed the transactions in Montgomery's trust fund account at Menard Correctional Center ("Menard," where he is in custody) covering the six-month period ended with his April 20, 2015 notice of appeal (see 28 U.S.C. § 1915(a)(2),[1] and it has made the calculation called for by Section 1915(b)(1)(A). That calculation reflects average monthly deposits during that time frame of $124.78, 20% of which (id.) comes to $24.95.

Accordingly Montgomery is assessed an initial partial filing fee of $24.95 plus 20% of all deposits to Montgomery's trust fund account at Menard since April 20, and the Menard trust fund officer is ordered to collect that amount from Montgomery's trust fund account there and to pay it directly to the Clerk of this court ("Clerk"):

>   Office of the Clerk
>   United States District Court
>   219 South Dearborn Street
>   Chicago IL 60604
>
>   Attention: Fiscal Department

---

[1] All further references to Title 28's provisions will simply take the form "Section --," omitting the prefatory "28 U.S.C. §."

After such payment the trust fund officer at Menard (or at any other correctional facility where Montgomery may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from that account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $505 in appellate docketing and filing fees is paid. Both the initial payment and all future payments shall clearly identify Montgomery's name and both case numbers (District Court Case No. 15 C 1923 and USCA Case No. 15-1854) assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Menard trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 8, 2015