IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MONTGOMERY, | )<br>) |
| Petitioner-Appellant, | )<br>) |
| v. | ) Court of Appeals No. 15-1854<br>) (District Court Case No. 15 C 1923) |
| KIM BUTLER, | )<br>) |
| Respondent-Appellee. | ) |

## MEMORANDUM

On December 7 our Court of Appeals issued an Order, a copy of which this Court received on December 11, that requested transmittal, as part of the record on appeal, of a 28-page November 17, 2010 unpublished order of the Illinois Appellate Court for the First District (its No. 1-08-3623) dealing with the direct appeal by Joseph Montgomery ("Montgomery") of his conviction and sentence -- an order on which this Court had relied in substantial part in its original March 19, 2015 memorandum opinion and order dismissing Montgomery's 28 U.S.C. § 2254 Petition on the merits. Although this Court's opinion had also relied in part on another unpublished order (No. 1-12-0584) that the Illinois Appellate Court issued on March 25, 2014 upholding the dismissal of Montgomery's post-conviction petition, that later Appellate Court order was not also the subject of the December 7 request.

In the interest of completeness this Court has requested, and the Appellate Court has just transmitted to it, copies of both those orders. This Court has in turn caused both orders to be delivered to the Clerk's Office to be transmitted as part of the record on appeal.

*[signature]*

_____
Milton I. Shadur
Senior United States District Judge

Date: December 11, 2015